# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BILLIE JO SAENZ,

*Plaintiff*

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

*Defendant*

Civil Action No.   2:15-CV-219-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 23) is granted.
Plaintiff's Motion for Summary Judgment (ECF No. 15) is denied.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on a motion for summary judgment.

Date:  August 22, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White